# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

E-FILING

UNITED STATES OF AMERICA

V.

Rafael MARTINEZ-Landeros
(Name and Address of Defendant)

FILED
2008 APR 15 P 3: 02
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## CRIMINAL COMPLAINT

08-70225 HRL

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __March 21, 2008__, in __Monterey County__ in the __Northern__ District of __California__ defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
                                     *Official Title*
facts:

### SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                        ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

__4/15/08__                                  at __San Jose, California__
      Date                                              City and State

Howard R. Lloyd
United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

RE: MARTINEZ-Landeros, Rafael A79 377 271

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1) Mr. MARTINEZ-Landeros is a 43-year-old male who has used sixteen (16) aliases and six (6) dates of birth in the past.

(2) Mr. MARTINEZ-Landeros has been assigned one (1) Alien Registration number of A79 377 271, FBI number of 639642LA9, California Criminal Information Index number of A08916485, and a Monterey County Booking Number of 0801761.

(3) Mr. MARTINEZ-Landeros is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on two (2) occasions from the United States:

| DATE | PLACE OF DEPORTATION |
|---|---|
| January 27, 2004 | Calexico, CA |
| September 7, 2004 | Calexico, CA |

(4) Mr. MARTINEZ-Landeros last entered the United States at or near San Ysidro, CA on or after September 7, 2004, by crossing the international border without inspection subsequent to deportation.

(5) Mr. MARTINEZ-Landeros on a date unknown, but no later than March 21, 2008, in Monterey County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On March 28, 2008, Mr. MARTINEZ-Landeros was interviewed by Immigration Enforcement Agent (IEA) Joshua Arambulo at the Monterey County Jail, Salinas, CA, and during that interview, Mr. MARTINEZ-Landeros was advised of his **Miranda** rights in Spanish. Mr. MARTINEZ-Landeros waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE:   MARTINEZ-Landeros, Rafael A79 377 271

(6)   Mr. MARTINEZ-Landeros was, on January 10, 1991, convicted in the Superior Court of California, in and for the County of Monterey, for the offense of BATTERY, a misdemeanor, in violation of Section 242 of the California Penal Code, and was sentenced to thirty (30) days in jail.

(7)   Mr. MARTINEZ-Landeros was, on December 30, 1996, convicted in the Superior Court of California, in and for the County of Monterey, for the offense of POSSESSION FOR SALE CONTROLLED SUBSTANCE, an aggravated felony, in violation of Section 11351 of the California Health and Safety Code, and was sentenced to two hundred seventy (270) days in jail.

(8)   Mr. MARTINEZ-Landeros was, on November 11, 2001, convicted in the Superior Court of California, in and for the County of Monterey, for the offense of SALE/TRANSPORT CONTROLLED SUBSTANCE, a felony, in violation of Section 11352 of the California Health and Safety Code, and was sentenced to four (4) years in prison.

(9)   Mr. MARTINEZ-Landeros was, on December 11, 2007, convicted in the Superior Court of California, in and for the County of Monterey, for the offense of SALE/TRANSPORT CONTROLLED SUBSTANCE, a felony, in violation of Section 11352(a) of the California Health and Safety Code, and was sentenced to three hundred sixty-five (365) days in jail.

(10)  On the basis of the above information, there is probable cause to believe that Mr. MARTINEZ-Landeros illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this __15__ day of _____April_____, 2008

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE